**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/26

ENCORE FUNDING II, LLC

Plaintiff,

- against -

SENIOR WHOLE HEALTH OF NEW YORK, INC., ET AL.,

Defendants.

SENIOR WHOLE HEALTH OF NEW YORK, ET AL.,

Defendants/Third-Party Plaintiffs,

- against -

SHOPNO 1, LLC DBA YOUR DREAM HOMECARE

Third-Party Defendant.

**26-cv-5051 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of letters concerning a contemplated motion as between Defendants Senior Whole Health of New York, Inc. and Molina Healthcare of New York, Inc. (collectively, "Defendants") and Plaintiff Encore Funding II, LLC ("Plaintiff").

The Court is in receipt of Defendants' August 17, 2026, pre-motion letter concerning its contemplated motion to stay or, in the alternative, transfer this case (See Dkt. No. 16) and Plaintiffs' August 19, 2026, letter response (See Dkt.

No. 17). The Court has not received any further confirmation from the parties whether they have completed the letter exchange process as to these two contemplated motions.

Accordingly, the Court directs the parties to advise the Court within seven (7) days of the date of this Order whether they have completed the pre-motion letter exchange as to Defendants' motion to stay or, in the alternative, transfer this case and whether Defendants intend to move forward with their contemplated motion. If the parties have completed the pre-motion letter exchange and Defendants intend to move forward with their contemplated motion, the parties shall inform the Court whether they consent for the Court to deem the pre-motion letters to constitute a fully briefed motion to stay or, in the alternative, transfer this case and rule on the basis of those letters, or whether the parties request supplemental or full briefing. If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule along with their reply to this Order.

**SO ORDERED.**

Dated: 2 September 2026
New York, New York

Victor Marrero
U.S.D.J.