**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ENCORE FUNDING II, LLC

Plaintiff,

- against -

SENIOR WHOLE HEALTH OF NEW YORK, INC., ET AL.,

Defendants.

SENIOR WHOLE HEALTH OF NEW YORK, ET AL.,

Defendants/Third-Party Plaintiffs,

- against -

SHOPNO 1, LLC DBA YOUR DREAM HOMECARE

Third-Party Defendant.

**26-cv-5051 (VM)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/26

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of a letter from counsel for Plaintiff Encore Funding II LLC ("Encore"), sent to Chambers via facsimile on September 23, 2026, regarding a motion for leave to file a redacted version of Exhibit C to the Complaint under seal. There is no indication Encore served the letter on all parties, nor was the letter filed on ECF.

Pursuant to this Court's Individual Practices § 2(H); the standing order in In re: Elec. Filing Under Seal in Civ. and Misc. Cases, No. 19-MC-583 (S.D.N.Y. Dec. 19, 2019) (Dkt.

No. 1); and the Electronic Case Filing Rules for the Southern District of New York Rule 6.4, it is hereby

**ORDERED** that Plaintiff Encore Funding II LLC ("Encore") is directed to file their letter motion dated September 23, 2026, with the redacted attachment only, via ECF; and it is further

**ORDERED** that Encore shall indicate, in their filing, defendants' position on Encore's motion.

**SO ORDERED.**

Dated: 24 September 2026
New York, New York

_________________________
Victor Marrero
U.S.D.J.