RIVKIN RADLER LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

**JEFFERY W. EHRHARDT**
Associate
(518) 641-7075
jeffrey.ehrhardt@rivkin.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 9/30/26

September 28, 2026

**VIA ECF**
Hon. Victor Marrero
Daniel Patrick Moynihan - United States Courthouse
500 Pearl Street, Suite 1610
New York, NY 10007

Re: Redaction Request - *Encore Funding II LLC v. Senior Whole Health of New York, Inc. et al* - Civil Action No. - 1:26-cv-05051 (VM)

Dear Judge Marrero:

We represent Plaintiff Encore Funding II LLC ("Encore") in the above-referenced action and write pursuant to Your Honor's Order dated September 24, 2026. Pursuant to Rule II.H of Your Honor's Individual Practices, and Section 6 of the Court's ECF Rules & Instructions we respectfully request leave to file a redacted version of Exhibit C to the Complaint filed at ECF Dkt. No. 1-3 ("ECF No. 1-3").

Page 2 of ECF No. 1-3 inadvertently includes a bank account number. We propose to: (i) file a public version of ECF No. 1-3 with the account number redacted to its last four digits, a copy of which is included herewith; and (ii) contemporaneously file the unredacted version under seal, with the proposed redaction highlighted. In accordance with Rule II.H, access to the unredacted version of ECF No. 1-3 should be all counsel of record, the Court and its staff and anyone else the Court deems necessary.

The undersigned notified counsel for Defendants of this request, and Defendants' counsel has advised that Defendants do not object to the relief requested herein.

We thank the Court for its consideration.

Sincerely yours,

Jeffrey W. Ehrhardt, Esq.

Enclosures
4932-5917-0260, v. 1

SO ORDERED.
9/30/26
DATE
VICTOR MARRERO, U.S.D.J.

# EXHIBIT "C"

ENCORE FUNDING

02/03/2025

Senior Whole Health of New York
15 MetroTech Center, 11th Floo
Brooklyn, NY 11201

RE: Shopno I, LLC

To Whom it May Concern:

Shopno I, LLC has partnered with Encore Funding II LLC dba Encore Funding ("Encore") to assist them with their rapid growth and to better service their clients. To this end Shopno I, LLC has assigned and will continue to assign, their present and future accounts to Encore. Further, pursuant to § 9-406 of Revised Article 9 of the Uniform Commercial Code, Encore has filed a Financing Statement covering Shopno I, LLC present and future accounts.

To the extent that you owe or may in the future owe Shopno I, LLC on an account or a general intangible, for proper credit, payment should be made payable to and sent to one of the remittance instructions below.

By check, payment should be mailed to the following address:

EF fbo Shopno I, LLC dba Your Dream Homecare
P.O. Box 789087
Philadelphia, PA 19178-9087

By Wire/ACH, payment should be sent with the following instructions:

| | |
|---|---|
| Bank: | Wells Fargo Bank, N.A. |
| ABA#: | 121000248 |
| Account #: | [redacted]6220 |
| Account Name: | Encore Funding II LLC.<br>fbo Shopno I, LLC |
| Email: | cash@encore-funding.com |

**ATTENTION: PAYMENTS MADE BY ANY MEANS OTHER THAN PROVIDED HEREIN, INCLUDING PAYMENTS BY OTHER MEANS MADE PURSUANT TO CLIENT'S INSTRUCTION, WILL NOT DISCHARGE YOUR OBLIGATION OF PAYMENT TO ENCORE. THIS LETTER AND THE PAYMENT INSTRUCTIONS PROVIDED MAY ONLY BE REVOKED IN WRITING BY ENCORE.**

If you have any questions regarding this notice, please do not hesitate to contact the undersigned at (216) 716-7733 or at mwilliams@encore-funding.com

Very Truly Yours,

Encore Funding II, LLC

Matthew D. Williams, Esq.
General Counsel

7019 0160 0000 7652 5047